# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NEBRASKA DEPARTMENT OF HEALTH & HUMAN SERVICES,<br><br>Plaintiff,<br><br>vs.<br><br>N. CURTIS DUNLOP,<br><br>Defendant. | 4:18CV3101<br><br>ORDER TO SHOW CAUSE |

The records of the Court show that on September 7, 2018, a letter (Filing No. 7) was sent to the following attorney(s) from the Office of the Clerk directing that they obtain admittance to practice in this district and register for the Case Management/Electronic Case Filing System ("System"):

**Michael A. Greenlee**
NDHHS
P.O. BOX 95026
Lincoln, NE 68509

**IT IS ORDERED** that on or before October 9, 2018, the attorney(s) listed above shall either comply with the requests set forth in the letters from the Clerk of the Court or show cause by written affidavit why they cannot comply with the rules of the Court. Failure to comply with this Order will result in Michael A. Greenlee being removed as counsel of record.

Dated this 25th day of September, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge