IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| NEBRASKA DEPARTMENT OF HEALTH & HUMAN SERVICES, | 4:18CV3101 |
|---|---|
| Plaintiff, | |
| vs. | ORDER TO SHOW CAUSE |
| N. CURTIS DUNLOP, | |
| Defendant. | |

The Court's records show the Office of the Clerk of Court sent a notice on November 8, 2018 (Filing No. 19), to JAMES C. BOCOTT by electronic filing. The notice directed the attorney to pay the 2017/2018 attorney assessment fee, as required by NEGenR 1.7(h), within fifteen days. As of the close of business on December 11, 2018, the attorney had not complied with the request set forth in the notice from the Office of the Clerk.

**IT IS ORDERED:**

**On or before December 26, 2018,** attorney JAMES C. BOCOTT, shall pay the assessment or show cause by written affidavit why he cannot comply with the rules of the Court. Failure to comply with this order will result in the Court removing JAMES C. BOCOTT as counsel of record for the Defendant.

Dated this 11th day of December, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge